USDC SCAN INDEX SHEET










```
R1R     2/23/06     10:58
3:06-CV-00006   ROUSE V. CLARK LAW OFFICES
*4*
*DECL.*
```

```
1  Mark E. Ellis - 127159
   June D. Koper - 191890
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:  (916) 565-0300
4  Facsimile:   (916) 565-1636

5  Attorneys for Defendant WORLDWIDE ASSET PURCHASING, LLC
```

ORIGINAL FILED

06 FEB 23 AM 8:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. ROUSE, Jr., <br><br>  Plaintiff, <br><br> v. <br><br> LAW OFFICES OF RORY CLARK; RORY CLARK; JAN SHAPIRO, and WORLDWIDE ASSET PURCHASING, LLC, <br><br> Defendants. | Case No.: 06 CV 006 LAB RBB <br><br> **DECLARATION OF JUNE D. KOPER IN SUPPORT OF EX PARTE REQUEST TO FILE A RESPONSIVE PLEADING AND [PROPOSED] ORDER** <br><br> Date: <br> Time: <br> Courtroom: |

**BY FAX**

I, June D. Koper, declare that:

1.  I am an attorney duly licensed to practice in all courts of the State of California, and am a/an Associate with the law firm of Murphy, Pearson, Bradley & Feeney, attorneys of record for WORLDWIDE ASSET PURCHASING, LLC ("WAP") herein. My law firm also represents the other defendants in this case. I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.  WAP was served on or about January 9, 2006. I was prepared to file a responsive pleading – by way of a special motion to strike and a motion to dismiss – on January 31, 2006, in accordance with **Federal Rules of Civil Procedure**. When I contacted plaintiff's counsel, Mr. M. David Meagher, to meet and confer regarding his availability for a hearing date as a professional courtesy, he asked that the parties stipulate to an extension of time for WAP to respond and the parties so stipulated. I understood that he sought such an extension for several reasons, one of which was to allow the motions to be heard as to all defendants at the same time. Notably, all defendants were not

- 1 -

1  served by January 31, 2006.

2  3. Additionally, Mr. Meaugher claimed that plaintiff needed to conduct discovery in
3  relation to the special motion to strike. Although defendants do not necessarily agree with this
4  position, I believed that the parties could reach an agreement as to how much time plaintiff would need
5  to conduct discovery so as to request a hearing date far enough in the future so as to allow time for
6  plaintiff to conduct limited discovery to the extent it was necessary. Mr. Meaugher agreed that such an
7  agreement was potentially possible. Therefore, Mr. Meagher requested that I hold off filing the special
8  motion to strike until he had formulated a discovery plan and developed a time frame for the discovery.
9  I thought and understand that Mr. Meagher also believed that this would hopefully alleviate scheduling
10 a hearing date with the Court that Mr. Meagher would then be obligated to request to be continued.
11 Such a plan would conserve judicial resources.

12 4. Mr. Meagher was to respond as to the time he needed to conduct discovery by February
13 3, 2006. He has not done so. I have also requested that he contact me to discuss the timing for the
14 motions, but he has not done that either. I am aware that the Court will set the hearing date on all
15 motions, but I believed that the Court would accommodate the parties' request for a later hearing date,
16 to the extent possible if it would avoid the Court then addressing a request for a continuance. I have
17 also attempted to contact Mr. Meagher to request a written stipulation to file with the Court, but he has
18 not responded to this request. I believe that plaintiff will not object to an extension to the time to
19 respond in light of the oral stipulation which I confirmed in writing. Mr. Meagher did not object after I
20 had confirmed the stipulate to extend the time to respond in writing. I believed that when Mr. Meagher
21 called me back to discuss the timing of the motions, that I would prepare a stipulation to file with the
22 Court which Mr. Meagher would then sign and I would file.

23 5. In light of the lack of communication with Mr. Meagher, I attempted to secure a hearing
24 date for the motions and file the motions today in keeping with the parties' stipulation. I was informed
25 by the clerk that I would need to secure the Court's approval to extend the time to respond before I
26 could obtain a hearing date. Although Mr. Meagher and I have met and conferred and stipulated to an
27 extension of time, I have been unable to secure his written stipulation to file with the Court because he
28 is unavailable.

-2-

DECLARATION OF JUNE D. KOPER

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is
2   true and correct and that this Declaration was executed on this 17th day of February 2006, in
3   Sacramento, California.

4
5                                              _____
                                               June D. Koper
6
7   JDK.10308987.doc

- 3 -

DECLARATION OF JUNE D. KOPER

12006368.tif - 2/17/2006 2:52:49 PM

CERTIFICATE OF SERVICE

I, Lori V. Miller declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On February 17, 2006, I served the following document(s) on the parties in the within action:

**DECLARATION OF JUNE D. KOPER IN SUPPORT OF EX PARTE REQUEST TO FILE A RESPONSIVE PLEADING AND [PROPOSED] ORDER**

|   | |
|---|---|
|   | BY MAIL: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | BY HAND: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| X | VIA FACSIMILE: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
|   | VIA OVERNIGHT SERVICE: The above-described document(s) will be delivered by overnight service, to the following: |

M. David Meagher                              Attorney For Plaintiff MARTIN J. ROUSE, JR.
Law Offices of M. David Meagher
333 S. Juniper Street, Suite 217
Esondido, CA 92025

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 17, 2006.

By _____
Lori V. Miller

- 4 -