1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MARTIN J. ROUSE, JR., an            )   Civil No. 06cv0006 LAB(RBB)
   | individual,                         )
12 |                                     )   NOTICE AND ORDER FOR EARLY
   |                 Plaintiff,          )   NEUTRAL EVALUATION CONFERENCE
13 |                                     )
   | v.                                  )
14 |                                     )
   | LAW OFFICES OF RORY CLARK; RORY     )
15 | WILLIAM CLARK, an individual;       )
   | JAN SHAPIRO, an individual;         )
16 | WORLDWIDE ASSET PURCHASING, a       )
   | limited liability company,          )
17 |                                     )
   |                 Defendants.         )
18 | _____)

19  IT IS HEREBY ORDERED that an early neutral evaluation of your

20  case will be held on December 4, 2006, at 8:30 a.m. in the chambers

21  of United States Magistrate Judge Ruben B. Brooks, United States

22  Courthouse, 940 Front Street, Room 1185, San Diego, California.

23       Pursuant to Rule 16.1(c) of the Local Rules of the United

24  States District Court for the Southern District of California, all

25  parties, claims adjusters for insured Defendants and non-lawyer

26  representatives with full and unlimited authority[1] to enter into a

27  _____

28       [1]  "Full authority to settle" means that the individuals at
    the settlement conference be authorized to fully explore settlement
    options and to agree at that time to any settlement terms

                              1                      06cv0006 LAB(RBB)

1  binding settlement, as well as the principal attorneys responsible

2  for the litigation, must be present and legally and factually

3  prepared to discuss and resolve the case.  Corporate counsel shall

4  not appear on behalf of a corporation as the party representative

5  who has the authority to negotiate and enter into a settlement.

6  Failure to attend or obtain a proper excusal will be considered

7  grounds for sanctions.  (Where the suit involves the United States

8  or one of its agencies, only counsel for the United States with

9  full settlement authority need appear.)  (If Plaintiff is

10  incarcerated in a penal institution or other facility, the

11  Plaintiff's presence is not required and Plaintiff may participate

12  by telephone.  In that case, defense counsel is to coordinate the

13  Plaintiff's appearance by telephone.)

14       Plaintiff's(s') counsel shall give notice of the early neutral

15  evaluation conference to all defendants filing an answer after the

16  date of this notice.

17       All conference discussions will be informal, off the record,

18  privileged and confidential.  Absent good cause shown, if any

19  party, counsel or representative fails to promptly appear at the

20  settlement conference, fails to comply with the terms of this

21  Order, including the failure to timely provide the settlement

22  conference memoranda, is substantially unprepared to meaningfully

23

24  acceptable to the parties.  Heileman Brewing Co., Inc. v. Joseph
    Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have
25  "unfettered discretion and authority" to change the settlement
    position of a party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D.
26  481, 485-86 (D. Ariz. 2003).  The purpose of requiring a person
    with unlimited settlement authority to attend the conference
27  includes that the person's view of the case may be altered during
    the face-to-face conference.  Pitman at 486.  A limited or a sum
28  certain of authority is not adequate.  Nick v. Morgan's Foods,
    Inc., 270 F.3d 590 (8th Cir. 2001).

 1  participate in the settlement conference, or fails to participate

 2  in good faith in the settlement conference, the settlement

 3  conference may be vacated and sanctions may be imposed pursuant to

 4  Rules 16(f) and 37(b)(2)(B), (C), and (D), Federal Rules of Civil

 5  Procedure.

 6       In the event the case does not settle at the early neutral

 7  evaluation conference, the parties shall also be prepared to

 8  discuss the following matters at the conclusion of the conference:

 9       1.  Any anticipated objections under Federal Rules of Civil

10  Procedure 26(a)(1)(E) to the initial disclosure provisions of

11  Federal Rule of Civil Procedure 26(a)(1)(A-D);

12       2.  The scheduling of the Federal Rule of Civil Procedure 26

13  (f) conference;

14       3.  The date of initial disclosure and the date for lodging

15  the discovery plan following the Rule 26(f) conference; and

16       4.  The scheduling of a case management conference pursuant to

17  Federal Rule of Civil Procedure 16(b).

18       The Court will issue an order following the early neutral

19  evaluation conference addressing these issues and setting dates as

20  appropriate.

21

22

23

24

25

26

27

28

06cv0006 LAB(RBB)

1    Questions regarding this case may be directed to the

2  magistrate judge's research attorney at (619) 557-3404.

3

4  Dated:  November 3, 2006

5                                     RUBEN B. BROOKS
                                      United States Magistrate Judge
6

7  cc:  All Parties of Record

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  A Notice of Right to Consent to Trial Before a United States
   Magistrate Judge is attached for your information.

28

1

## <u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY UNITED STATES</u><br><u>MAGISTRATE JUDGE</u>

2

3        In accordance with the provisions of 28 U.S.C. § 636(c), you
are hereby notified that a United States Magistrate Judge of this
4  district may, upon the consent of all parties, conduct any or all
proceedings, including a jury or non-jury trial, and order the
5  entry of a final judgment.  Consent forms are available in the
Clerk's office.  Counsel for the Plaintiff shall be responsible for
6  obtaining the consent of all parties, should they desire to
consent.

7
         You should be aware that your decision to consent or not to
8  consent is entirely voluntary and should be communicated solely to
the Clerk of the Court.  Only if all parties consent will the
9  district judge or magistrate judge to whom the case has been
assigned be informed of your decision.

10
         Judgments of the United States Magistrate Judges are
11  appealable to the United States Court of Appeals in accordance with
this statute and the Federal Rules of Appellate Procedure unless
12  the parties at the time of their consent to trial before a
magistrate judge agree upon review by the United States District
13  Court.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\COMMON\BROOKS\CASES\ROUSE0006\ENENOT.WPD