UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. ROUSE, JR., an individual,<br><br>             Plaintiff,<br><br>v.<br><br>LAW OFFICES OF RORY CLARK; RORY WILLIAM CLARK, an individual; JAN SHAPIRO, an individual; WORLDWIDE ASSET PURCHASING, a limited liability company,<br><br>             Defendants. | Civil No. 06cv0006 LAB(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On December 4, 2006, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1.  No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

    2.    The rule 26(f) conference shall be completed on or before December 28, 2006.

    3.    A discovery plan shall be lodged with Magistrate Judge Brooks on or before January 8, 2008.

    4.    The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before January 12, 2007.

    5.    A telephonic, attorneys-only settlement conference is set for March 8, 2007, at 8:30 a.m. Counsel for Plaintiff is to initiate the call.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: December 4, 2006

Ruben B. Brooks  
United States Magistrate Judge

cc:  
Judge Burns  
All Parties of Record